IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Caryn S. Falcone, | ) | |
|    *Debtor* | ) | Case No. 22-21056 JAD |
| | ) | Chapter 13 |
| Caryn S. Falcone, | ) | |
|    *Movant* | ) | Related to Document No. 21 |
| | ) | |
| No Respondents | ) | |

## MOTION TO WITHDRAW MOTION FOR EXTENSION OF TIME TO FILE COMPLETED CHAPTER 13 PETITION

AND NOW, comes the Debtor, Caryn S. Falcone, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. This case was commenced on June 2, 2022 when the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.
2. The Debtor's petition was completed on June 30, 2022.
3. The Debtor filed a Motion For Extension Of Time To File Completed Chapter 13 Petition on July 7, 2022 at docket number 21. This was filed in error.

WHEREFORE, the Debtor, Caryn S. Falcone, respectfully request this Honorable Court to withdraw the Motion For Extension Of Time To File Completed Chapter 13 Petition on July 7, 2022 at docket number 21

Respectfully submitted,

July 8, 2022
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
707 Grant Street
Gulf Tower, Suite 2830
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No.  34965